# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00591-CV

### In re Apple Inc.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Apple, Inc. filed a petition for writ of mandamus and motion for emergency relief. We granted the motion and temporarily stayed the trial court's amended order granting real party in interest Studio 8 Architects, Inc.'s supplemental motion to compel Apple to disclose damages and to produce documents to the extent that the order compels Apple to produce documents for which Apple intends to withhold and assert a privilege. We also requested a response. Having reviewed the petition, the response, the reply, and the records provided, we deny the petition for writ of mandamus and lift this Court's temporary stay of the trial court's amended order. *See* Tex. R. App. P. 52.8(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Smith, and Theofanis

Filed: November 4, 2024